IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 7:04-cr-00128-1 |
| v. | **ORDER** |
| **WENDELL ANTONIO JOHNSON,** Petitioner. | By: Hon. Michael F. Urbanski United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 233) is **DISMISSED** without prejudice as a successive; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

Entered: November 2, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge