CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 19 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:04-cr-00128-1 |
| v. | ORDER |
| WENDELL ANTONIO JOHNSON, Petitioner. | By: Hon. Michael F. Urbanski<br>United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that Petitioner's "motion for relief pursuant to Fed. R. Civ. P. 60(b)(6)" is **CONSTRUED** as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255; the construed § 2255 motion is **DISMISSED** without prejudice as a successive; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner and counsel of record.

ENTER: This 19th day of January, 2016.

/s/ Michael F. Urbanski
United States District Judge